UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANDON EDWARD WILKERSON,<br><br>    Defendant. | CASE NO. MJ25-273<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

1. False Statements in Passport Application

2. Aggravated Identity Theft

3. False Swearing in an Immigration Matter

<u>Date of Detention Hearing</u>:    May 6, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is alleged to have violated his pre-trial bond by being charged with reckless endangerment. He was arrested after his vehicle was seen being driven erratically, and he ran it off the road. When contacted by police he was found to be slightly incoherent and the officer saw what he suspected was drug paraphernalia in the vehicle. During his pre-trial services interview Defendant admitted to cocaine use two weeks ago and previously in July 2024. He is facing eviction from his current residence and is unemployed.

2. Defendant poses a danger to the community based upon the alleged violation, his extensive criminal history, and his recent drug use. There does not appear to be any condition or combination of conditions that will address the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending transfer to the Eastern District of Washington, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 7th day of May, 2025.

_S. Kate Vaughan_ (signature)
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3